B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–20727**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tiffany L Wawrzyniak
   fka Tiffany Mays
   536 Stoffa Ave
   Elburn, IL 60119

Social Security / Individual Taxpayer ID No.:
   xxx–xx–1604

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                               FOR THE COURT


Dated: <u>September 2, 2014</u>　　　　　　　　<u>Jeffrey P. Allsteadt, Clerk</u>
                                                                   United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-20727-DRC
Tiffany L Wawrzyniak                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2           Date Rcvd: Sep 02, 2014
                              Form ID: b18             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2014.
```
db         +Tiffany L Wawrzyniak,   536 Stoffa Ave,   Elburn, IL 60119-9416
22007785   +Bank of America  Home Loans,   Mail Stop CA6-921-01-03,   450 American St,
             Simi Valley, CA 93065-6285
22044058   +Bank of America, N.A.,   c/o The Wirbicki Law Group, LLC,   33 W. Monroe St., Ste.1140,
             Chicago, IL 60603-5332
22007786   +Cadence Health,   25960 Network Place,   Chicago, IL 60673-1259
22007787   +Central Dupage Hospital,   PO Box 4090,   Carol Stream, IL 60197-4090
22007793   +Dennis A Brebner & Assoc,   860 Northpoint Blvd,   Waukegan, IL 60085-8211
22007794   +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
22007801   +Laboratory Physicians LLC,   PO Box 10200,   Peoria, IL 61612-0200
22007802    Nationwide Credit & Collection,   c/o Evergreen Bank Group,   PO Box 3219,
             Oak Brook, IL 60522-3219
22007803   +Robert Wawrzyniak,   536 Stoffa,   Elburn, IL 60119-9416
22007805  ++++SPECIALIZED LOAN SERVICE,   PO BOX 266006,   LITTLETON CO   80163-6006
            (address filed with court:   Specialized Loan Service,   po bOX 266006,   Littleton, CO 80163)
22007804   +Specialized Loan Service,   8742 Lucent Blvd Suite 300,   Littleton, CO 80129-2386
22007808   +United Consumer Fin Svc,   865 Bassett Rd,   Westlake, OH 44145-1194
22007809   +West Central Anesthesiology Grp,   8386 Solutions Center,   Chicago, IL 60677-8003
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22007784    EDI: BANKAMER.COM Sep 03 2014 00:53:00    Bank of America,   4161 Piedmont Pkwy,
             Greensboro, NC 27410
22007783    EDI: BANKAMER.COM Sep 03 2014 00:53:00    Bank of America,   PO Box 982235,   El Paso, TX 79998
22007788   +EDI: CHASE.COM Sep 03 2014 00:58:00    Chase/Bank One,   PO Box 15298,
             Wilmington, DE 19850-5298
22007789   +EDI: CHASE.COM Sep 03 2014 00:58:00    Chase/Bank One Card,   PO Box 15298,
             Wilmington, DE 19850-5298
22007790   +EDI: CITICORP.COM Sep 03 2014 00:58:00    Childrens Place,   PO Box 6497,
             Sioux Falls, SD 57117-6497
22007791   +EDI: CITICORP.COM Sep 03 2014 00:58:00    Citicards CBNA,   701 E 60th St N,
             Sioux Falls, SD 57104-0432
22007792   +EDI: WFNNB.COM Sep 03 2014 00:58:00    Comenity Bank/Express,   PO Box 182789,
             Columbus, OH 43218-2789
22007796   +EDI: RMSC.COM Sep 03 2014 00:58:00    GECRB/Art Van Furniture,   Po Box 965036,
             Orlando, FL 32896-5036
22007798    E-mail/Text: bankruptcy.bnc@gt-cs.com Sep 03 2014 03:11:31    Green Tree Servicing LLC,
             345 St Peter Street,   Saint Paul, MN 55102
22007795   +EDI: RMSC.COM Sep 03 2014 00:58:00    Gecrb JC Pennys,   PO Box 965007,   Orlando, FL 32896-5007
22007797   +E-mail/Text: bankruptcy.bnc@gt-cs.com Sep 03 2014 03:11:31    Green Tree Servicing LLC,
             POB 6172,   RAPID CITY, SD 57709-6172
22007799   +EDI: HNDA.COM Sep 03 2014 00:58:00    Honda Financial,   2170 Point Boulvard Suite100,
             Elgin, IL 60123-7885
22007800   +EDI: CBSKOHLS.COM Sep 03 2014 00:58:00    Kohls Department Store,   PO Box 3115,
             Milwaukee, WI 53201-3115
22168788    EDI: TFSR.COM Sep 03 2014 00:58:00    Toyota Financial Services,   PO Box 2730,   Mail Stop WF22,
             Torrance, CA 90509-2730
22007807    EDI: TFSR.COM Sep 03 2014 00:58:00    Toyota Motor Credit Corp,   5005 N River Blvd NE,
             Cedar Rapids, IA 52411
22007806   +EDI: CITICORP.COM Sep 03 2014 00:58:00    The Home Depot,   PO Box 6497,
             Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 16
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2014                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Sep 02, 2014
                              Form ID: b18             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2014 at the address(es) listed below:
```
              David H Cutler    on behalf of Debtor Tiffany L Wawrzyniak cutlerfilings@gmail.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
              Michael  Dimand    on behalf of Creditor   Bank of America, N.A., Successor by Merger to BAC Home
               Loans Servicing, LP fka Countrywide Home Loans Servicing, LP mdimand@aol.com,
               bankruptcyfilings@wirbickilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```